# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF WISCONSIN



CLERK'S OFFICE
A TRUE COPY
Aug 28, 2023
s/ D. Olszewski
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

In the Matter of the Seizure of
*(Address or brief description of property or premises to be seized)*

UP TO 489,269.52 TETHER (USDT) CRYPTOCURRENCY ON DEPOSIT IN THE KRAKEN USER ID AA27 N84G RDV7 WHDA HELD IN THE NAME OF OSL SG PTE LTD

Case Number: 23 MJ 160

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

**TO:** **NICHOLAS SCHLERETH, a Special Agent with the United States Secret Service, and any Authorized Officer of the United States**.

An application by a federal law enforcement officer or an attorney for the government requests that certain property be seized as being subject to forfeiture to the United States of America. The property is described as follows:

Up to 489,269.52 Tether (USDT) cryptocurrency on deposit in the Kraken User ID AA27 N84G RDV7 WHDA held in the name of OSL SG PTE LTD

I find that the affidavit and any recorded testimony establish probable cause to seize the property.

**YOU ARE HEREBY COMMANDED** to search on or before __September 11__, 2023
*(not to exceed 14 days)*

❏ in the daytime – 6:00 a.m. to 10:00 p.m.    ☒ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge William E. Duffin.

❏ I find that immediate notification may have an adverse result listed in 18 U.S.C. §2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person, who, or whose property, will be searched or seized *(check the appropriate box)*    ❏ for ____ days. *(not to exceed 30)*
❏ until, the facts justifying, the later specific date of _____

Date and time issued  __8/28__, 2023; 12:38 p.m.    _/s/ William E. Duffin_
*Judge's signature*

City and state: __Milwaukee, Wisconsin__    THE HONORABLE WILLIAM E. DUFFIN
United States Magistrate Judge
*Name & Title of Judicial Officer*

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 201-763-141494 | 08/28/23 at 15:42 CDT | N/A |

Inventory made in the presence of:
N/A

Inventory of the property taken:
No USDT was seized due to the account having .00003688 USDT.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/28/23

*Nicholas Schlereth*
*Executing officer's signature*

Nicholas Schlereth, Special Agent
*Printed name and title*